# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHARLES LEO KILLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1856

_____

March 25, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.